# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: DOUGLAS J. GARDNER,  )
ATTORNEY AT LAW, BAR NO. 4609.  )
)  Case No.: 2:18-ms-00096
)
)  **ORDER OF SUSPENSION**
)
)
)
)

On November, 19, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Not Deliverable as Addressed - Unable to Forward." The Order to Show Cause provided Mr. Gardner with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Gardner. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Douglas J. Gardner, Bar No. 4609, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 29 day of April, 2019.

Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 29 day of April, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

**Douglas J. Gardner**
260 E. Chaparral
Henderson, NV 89015

Certified Mail No.: 7012 2920 0000 1532 0486

**Douglas J. Gardner**
1055 Whitney Ranch Drive Ste 220,
Henderson, NV 89014

Certified Mail No.: 7012 2920 0000 1532 0769

/s/ L.Quintero
Deputy Clerk
United States District Court,
District of Nevada